```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
SONTAYA A. BELTON,

                 Plaintiff,

-against-

JB HUNT TRANSPORT INC and RICHARD RIOS,

                 Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022
```

22 Civ. 5002 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 22, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by August 1, 2022. ECF No. 9. These submissions are overdue. Accordingly, by **August 10, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 4, 2022
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge