```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SONTAYA A. BELTON,

                            Plaintiff,

            -against-

JB HUNT TRANSPORT INC and RICHARD
RIOS,
                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/11/2022__

22 Civ. 5002 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 9, 2022, the parties filed a proposed case management plan with only paragraph one completed indicating that they consent to conducting all further proceedings before a magistrate judge. ECF No. 12. Accordingly, by **August 17, 2022**, the parties shall file either (1) a completed proposed case management plan, or (2) a fully executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form, available at https://nysd.uscourts.gov/node/754.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge