UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONTAYA A. BELTON,

                    Plaintiff,

-v-

JB HUNT TRANSPORT INC. and RICHARD RIOS,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 5002 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      On August 18, 2022, the Court scheduled an initial conference for September 21, 2022, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") no later than one week (seven (7) calendar days) before the conference, i.e., by September 14, 2022.  (ECF No. 16 (the "August 18 Order")).  The parties failed to file a PCMP in accordance with the August 18, 2022.  As a one-time courtesy, the Court <u>sua sponte</u> extends this deadline, and directs the parties to file the PCMP by **September 16, 2022**.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated:     New York, New York
              September 15, 2022

                                  SO ORDERED.

                                  _/s/ Sarah L. Cave_
                                  SARAH L. CAVE
                                  **United States Magistrate Judge**