UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONTAYA A. BELTON,

                Plaintiff,

-v-

JB HUNT TRANSPORT INC. and RICHARD RIOS,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 5002 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 21, 2022, the Court directed the parties to file a joint letter (the "Letter") by January 13, 2023 updating the Court on the status of discovery, advising whether the parties intend to pursue settlement, and, if they intend to pursue settlement, advising whether they seek a referral to another Magistrate Judge for a settlement conference or a referral to the Court-annexed mediation program. (ECF No. 23 at 5 (the "Sept. 21 Order")). The parties failed to file the Letter in accordance with the Sept. 21 Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **January 18, 2023**.

Dated:      New York, New York
              January 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**