UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONTAYA A. BELTON,

                Plaintiff,

-v-

JB HUNT TRANSPORT INC. and RICHARD RIOS,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 5002 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 18, 2023, the Court directed the parties to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by January 20, 2023. (ECF No. 27 (the "Jan. 18 Order")). The parties failed to comply with the Jan. 18 Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file a stipulation of dismissal by **January 25, 2023**.

Dated:     New York, New York
              January 23, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**